# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):

T Deez Car Audio LLC

85−3103172
6741 Satsuma Dr
Ste A
Houston, TX 77041

)
)
)
)Case Number: 25−36745
)
)
)
)
)
)
)Chapter: 7
)
)
)
)
)
)
)
)

### NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE April 29, 2026

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208

Nathan Ochsner
Clerk of Court

Filed: January 26, 2026

Trustee: Christopher R Murray

United States Bankruptcy Court
Southern District of Texas

In re:                                                                     Case No. 25-36745-jpn
T Deez Car Audio LLC                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: ntcasset | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | T Deez Car Audio LLC, 6741 Satsuma Dr, Ste A, Houston, TX 77041-2734 |
| 13122144 | + | Alpine Advance 5 LLC, 151 New Park Avenue, Suite #118, Hartford, CT 06106-2170 |
| 13122145 | + | Coconut Funding Corporation, c/o Rehett A. Frimet, 10 East 40th Street, 46th Floor, New York, NY 10016-0301 |
| 13168321 | | Darious Grant, 22123 Westland Creek Dr, Katy, TX 77449 |
| 13122146 | + | Engie Lights, 1360 Post Oak Blvd, Houston, TX 77056-3030 |
| 13122147 | + | Inwood Holdings LLC, 6155 Inwood Drive, Houston, TX 77057-3530 |
| 13122148 | #+ | JJ's Waste & Recycling, 1812 Avenue J, Galena Park, TX 77547-3539 |
| 13122149 | | National Business Furniture LLC, c/o Barnett Garcia, 3621 Juniper Trace, Suite 108, Austin, TX 78738 |
| 13122150 | + | PHMG, 401 North Michigan Ave, Chicago, IL 60611-4255 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 13131487 | + Email/Text: arbankruptcy@uline.com | Jan 26 2026 20:11:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Inwood Holdings LLC |
| 13122152 | | New York, NY 10005 |
| 13122151 | | Star Capital Solutions, 99 Wall Street #4890 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026        Signature:      /s/Gustava Winters

District/off: 0541-4    User: ADIuser    Page 2 of 2
Date Rcvd: Jan 26, 2026    Form ID: ntcasset    Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Andrew Bailey | on behalf of Creditor Inwood Holdings LLC Christopher.Bailey@hklaw.com gracie.gonzales@hklaw.com;hapi@hklaw.com;heather.montoya@hklaw.com |
| Christopher R Murray | chris@jonesmurray.com  crm@trustesolutions.net |
| Kevin S Wiley, Sr | on behalf of Debtor T Deez Car Audio LLC kwiley@wileylawgroup.com |
| Kevin S. Wiley | on behalf of Debtor T Deez Car Audio LLC kevinwiley@lkswjr.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Vianey Garza | on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov |

TOTAL: 6